Henry S. Heilman, John H. Snavely and Riley R. Snavely, Appellants, *v.* The Lebanon & Annville Street Railway Company.

Argued March 5, 1896. Appeal, No. 183, Jan. T., 1896, by plaintiffs, from decree of C. P. Lebanon Co., No. 9, Equity Docket of 1891, on bill in equity. Before GREEN, WILLIAMS, McCOLLUM, MITCHELL and DEAN, JJ. Affirmed.

*Bassler Boyer*, for appellants.

*John G. Johnson, S. P. Light* and *C. H. Killinger* with him, for appellee.

OPINION BY MR. JUSTICE WILLIAMS, April 27, 1896:

This case rests upon substantially the same facts, and has had substantially the same history, as the case of Heilman v. Lebanon & Annville Street Railway Company, supra (188), just decided. The opinion filed in that case is equally applicable to this, and for the reasons therein given the decree appealed from is affirmed. All costs in the court below and in this case to be paid by the defendant.